■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NERLEY JEAN, Appellant. [799 NYS2d 740]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered December 22, 2003, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

"To prevail on a claim of ineffective assistance of counsel, it is incumbent on [the] defendant to demonstrate the absence of strategic or other legitimate explanations for counsel's failure" (*People v Rivera*, 71 NY2d 705, 709 [1988]; *see People v Bussey*, 6 AD3d 621, 622 [2004], *lv denied* 4 NY3d 828 [2005]). "So long as the evidence, the law, and the circumstances of a particular case, viewed in totality and as of the time of the representation, reveal that the attorney provided meaningful representation, the constitutional requirement will have been met" (*People v Baldi*, 54 NY2d 137, 147 [1981]; *see People v Bussey, supra* at 622).

The record reveals that the defendant was afforded meaningful representation (*see People v Benevento*, 91 NY2d 708 [1998]). Cozier, J.P., S. Miller, Mastro and Rivera, JJ., concur.